**PRECISION IMAGES, LLC,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5012.

United States Court of Appeals,
Federal Circuit.

July 11, 2008.

Cyrus E. Phillips, IV, of Washington, DC, argued for plaintiff-appellant.

Joseph E. Ashman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

Before LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and BRYSON, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.